

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

January 3, 2020

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 1/6/2020
The initial pretrial conference is hereby adjourned to February 21, 2020 at 11:30 a.m.

Re:   *Shapiro v. Equifax Information Services, LLC*, 1:19-cv-08851-VSB

Dear Judge Broderick:

We represent plaintiff Larisa Shapiro ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Friday, January 17, 2020 at 10:30 a.m. as the undersigned will be out of the country from January 16 through January 24. Defendants have consented to Plaintiff's adjournment request and this is the parties' first request for an adjournment. Plaintiff respectfully proposes that the Court reschedule the conference to either: (i) February 6, 2020; (ii) February 7, 2020 after 10:30 a.m.; or (iii) February 21, 2020.

Thank you for your time and consideration of the above request.

Respectfully submitted,
 */s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)