```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LARISA SHAPIRO,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :           19-cv-8851 (VSB)
               -against-                                    :
                                                            :                 ORDER
EQUIFAX INFORMATION SERVICES,                               :
LLC, EXPERIAN INFORMATION                                   :
SOLUTIONS, INC., TRANS UNION, LLC,                          :
and AMERICAN EXPRESS CO.,                                   :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that this case has been settled as to the remaining Defendant Experian Information Solutions, Inc.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (30) days.

SO ORDERED.

Dated: June 1, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge